THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DONALD E. CRIMI, Appellant.

Submitted December 3, 1951; decided January 10, 1952.

*Charles J. McDonough* for appellant.

*John J. Gardner, District Attorney,* for respondent.

Order affirmed; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.